UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ARDIS ALLEN, III.** | **CIVIL ACTION NO. 02-906-P** |
| **VERSUS** | **JUDGE STAGG** |
| **BOSSIER PARISH SHERIFF'S OFFICE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Considering the foregoing motion to stay further proceedings, Doc. #14,

**IT IS HEREBY ORDERED DENIED** as moot. This case was closed on March 2, 2004.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 14th day of May, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE